UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BELISARIO SONTAY PELICO,** | : | |
| **Petitioner** | : | **CIVIL ACTION NO. 3:14-1388** |
| v. | : | (JUDGE MANNION) |
| **ATTORNEY GENERAL ERIC HOLDER, et al.,** | : | |
| | : | |
| **Respondents** | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** only because of the intervening events which occurred prior to the court considering the magistrate judge's report on the above-captioned matter, namely the release of the petitioner on bond, the report, **(Doc. 8)**, is **DISMISSED**, as it is no longer necessary to consider the merits of the instant petition;

**(2)** the petition for writ of habeas corpus, **(Doc. 1)**, and the petitioner's motion to expedite, **(Doc. 7)**, are **DISMISSED AS MOOT**; and

**(3)**     the Clerk of Court is directed to **CLOSE THIS CASE**.


            s/ *Malachy E. Mannion*
            **MALACHY E. MANNION**
            **United States District Judge**

**Date: June 16, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1388-01-ORDER.wpd